1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10
11  ANTOINE MOSLEY,                         )
                                            )
                    Plaintiff(s),           )        Case No. 2:17-cv-03119-JAD-NJK
12                                          )
    v.                                      )        ORDER
13                                          )
    SAPPHIRE GENTLEMAN'S CLUB, et al.,      )        (Docket No. 4)
14                                          )
                    Defendant(s).           )
15  _____)

16          Pending before the Court is Plaintiff's motion for CM/ECF access.  Docket No. 4.  Plaintiff

17  requests permission to use the Court's CM/ECF system in order to file, access, and electronically serve

18  documents in this case.  For good cause, the motion is hereby **GRANTED**.

19          Plaintiff must comply with the following procedures in order to activate his CM/ECF account:

20          a.      On or before **February 9, 2018**, Plaintiff must provide certification that he has

21                  completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best

22                  Practices, and the Civil & Criminal Events Menu that are accessible on this court's

23                  website, www.nvd.uscourts.gov.

24          b.      Plaintiff is not authorized to file electronically unless the certification is filed with the

25                  Court within the time frame specified.

26  //

27  //

28  //

c.     Upon timely filing of the certification, Plaintiff shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

DATED:   January 8, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge